1494

99–2287.   **Malcolm–Smith v. Goff.**

Cuyahoga App. No. 74648. On motion for stay of court of appeals' judgment. Motion granted.

00–16.   **Kroh v. Continental Gen. Tire, Inc.**

Summit App. No. 19412. On motion for stay of court of appeals' decision. Motion denied.

   RESNICK and F.E. SWEENEY, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

99–1816.   **Butler v. Jordan.**

Cuyahoga App. No. 74509. Discretionary appeal allowed and cause to be argued on the same date as 99–1838 and 99–2106, *Campbell v. Burton,* Greene App. No. 99CA12.

   DOUGLAS and PFEIFER, JJ., dissent.

99–1838.   **Campbell v. Burton.**

Greene App. No. 99CA12. Discretionary appeal allowed on Propositions of Law Nos. I, II, III and V, and cause consolidated with 99–2106, *Campbell v. Burton,* Greene App. No. 99CA12.

   DOUGLAS and LUNDBERG STRATTON, JJ., would also allow on Proposition of Law No. IV.

   RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

99–1876.   **Oberlin v. Akron Gen. Med. Ctr.**

Summit App. No. 18649.

   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.